1  Robert W. Pommer III (Trial Counsel) (DC Bar No. 448803)
   (Pommerr@sec.gov)
2  Cheryl J. Scarboro
   Charles J. Felker
3  James Lee Buck, II
   Ricky Sachar
4
   Attorneys for Plaintiff
5  SECURITIES AND EXCHANGE COMMISSION
   100 F Street, N.E.
6  Washington, DC 20549-4030
   Telephone:  (202) 551-4479
7  Facsimile:  (202) 772-9245

8

9
                    UNITED STATES DISTRICT COURT
10
                    NORTHERN DISTRICT OF CALIFORNIA
11
                    SAN FRANCISCO DIVISION
12

13

14 SECURITIES AND EXCHANGE COMMISSION,     Case No.  C-07-06178 SI

15         Plaintiff,                      E-Filing

16    vs.

17 SIDNEY MONDSCHEIN,                      **CERTIFICATE OF SERVICE OF DOCUMENTS SPECIFIED IN CIVIL LOCAL RULE 4-2**
18         Defendant,

19    and

20 UNCI, Inc.,

21         Relief Defendant.

22

23                         **CERTIFICATE OF SERVICE**

24     This is to certify that on December 11, 2007, I served via Federal Express copies of the

25 Court's Order Setting Initial Case Management Conference and ADR Deadlines and all other

26 documents specified in Civil Local Rule 4-2 upon Jonathan Schwartz, 4640 Admiralty Way, 5th

27 Floor, Marina del Ray, CA 90292; (310) 496-5770, nasdlaw@aol.com attorney for defendant Sidney

28 Mondschein and relief defendant UNCI, Inc.

CERTIFICATE OF SERVICE  C-07-06178 SI

1
2
3
Dated: January 8, 2008
4
                            Respectfully submitted:
5
6
7
                  By:    /S/  Robert W. Pommer III
                        Robert W. Pommer III
8
                        Cheryl J. Scarboro
                        Charles J. Felker
9
                        James Lee Buck, II
                        Ricky Sachar
10
Attorneys for Plaintiff
11
SECURITIES AND EXCHANGE COMMISSION
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

CERTIFICATE OF SERVICE  C-07-06178 SI           -2-

**CERTIFICATE OF SERVICE**

This is to certify that I have caused a copy of the Securities and Exchange Commission's Certificate of Service of the Court's Order Setting Initial Case Management Conference and ADR Deadlines and all other documents specified in Civil Local Rule 4-2 to be served upon the person listed below by Federal Express on this 8th day of January, 2008:

Jonathan Schwartz
4640 Admiralty Way 5th Floor
Marina del Ray, CA 90292
(310) 496-5770
nasdlaw@aol.com

**Attorney for defendant Sidney Mondschein and relief defendant UNCI, Inc.**

　　　　　　　　　　　　　　　　 /S/  Robert W. Pommer III

CERTIFICATE OF SERVICE  C-07-06178 SI