1

**Jonathan Schwartz**
State Bar No. 49770

2

**4640 Admiralty Way**
Fifth Floor

3

**Marina del Rey, California  90292**
**(310) 496-5770**

4

5

Attorney for Defendants Sidney Mondschein and
UNCI, Inc.

6

7

# UNITED STATES DISTRICT COURT

8

## NORTHERN DISTRICT OF CALIFORNIA

9

### SAN FRANCISCO DIVISION

10

11

SECURITIES AND EXCHANGE
COMMISSION,

12

13

                    Plaintiff,

14

vs.

15

SIDNEY MONDSCHEIN,

16

                    Defendant,

17

and

18

UNCI, Inc.,

19

20

            Relief Defendant.

Case No.: C-07-06178 SI

**STIPULATION EXTENDING TIME
TO ANSWER COMPLAINT; LOCAL
RULE 6-1(a)**

21

22

IT IS HEREBY STIPULATED AND AGREED that the time within which Defendants

23

must answer Plaintiff's complaint herein is extended to and including February 25, 2008.

This stipulation will not alter the date of any event or any deadline already fixed by Court

24

order.

25

26

DATED: February 4, 2008

27

1. DATED: FebruARy 4, 2008

28

_____
Jonathan Schwartz, Esq., Attorney for Defendants

_____
Robert W. Pommer III, Esq., Attorney for Plaintif

STIPULATION EXTENDING TIME TO ANSWER