1  Robert W. Pommer III (Trial Counsel) (DC Bar No. 448803)
      (Pommerr@sec.gov)
2  Cheryl J. Scarboro
   Charles J. Felker
3  James Lee Buck, II
   Ricky Sachar
4
   Attorneys for Plaintiff
5  SECURITIES AND EXCHANGE COMMISSION
   100 F Street, N.E.
6  Washington, DC 20549-4030
   Telephone:  (202) 551-4479
7  Facsimile:  (202) 772-9245

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>    vs.<br><br>SIDNEY MONDSCHEIN,<br><br>    Defendant,<br><br>    and<br><br>UNCI, Inc.,<br><br>    Relief Defendant. | Case No.  C-07-06178 SI<br><br>**JOINT MOTION TO ADJOURN INITIAL CASE MANAGEMENT CONFERENCE PENDING CONSIDERATION OF SETTLEMENT OFFER** |

### **JOINT MOTION**

Plaintiff Securities and Exchange Commission and Defendant Sidney Mondschein jointly request a 45-day adjournment of the Initial Case Management Conference (currently scheduled for March 14, 2008 at 2:00 PM), and all related deadlines so that the Commission may consider a proposed settlement offer that would resolve the matter.  The parties conferred on February 19, 2008 to discuss initial disclosures, early settlement ADR process selection, and a discovery plan.  In those

1  and other follow-up discussions, significant progress was made regarding a proposed early settlement
2  of the entire case. Plaintiff's counsel does not have settlement authority as only the Commissioners
3  of the Securities and Exchange Commission have authority to settle this action. *See* 17 C.F.R. §
4  202.5(f). However, the Defendant has made an offer of settlement, and Plaintiff's counsel has
5  submitted a formal recommendation to the Commission that the offer be accepted. The proposal will
6  be considered by the Commission at a future closed Commission meeting. This process – from the
7  initial offer of settlement to the final consideration by the Commission of the proposal – usually
8  requires eight weeks. If the settlement offer is approved by the Commission, a proposed final
9  judgment and consent will be promptly presented to the Court for its consideration.
10      Accordingly, the parties jointly request a 45-day adjournment of the Initial Case Management
11 Conference and all other filing deadlines.

Dated:  February 29, 2008

Respectfully submitted:

By:   s/ Robert W. Pommer
        Robert W. Pommer III
        Cheryl J. Scarboro
        Charles J. Felker
        James Lee Buck, II
        Ricky Sachar

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION


By:   s/ Jonathan Schwartz
        Jonathan Schwartz
        4640 Admiralty Way, 5th Floor
        Marina del Ray, CA 90292
        (310) 496-5770
        (**nasdlaw@aol.com**)

Attorney for Defendant Sidney Mondschein and Relief
Defendant UNCI