UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No. C-07-06178 SI |
| Plaintiff, | |
| vs. | |
| SIDNEY MONDSCHEIN, | |
| Defendant, | |
| and | |
| UNCI, Inc., | |
| Relief Defendant. | |

## [PROPOSED] ORDER

WHEREAS, by joint motion dated February 29, 2008, the parties requested a 45-day adjournment of the Initial Case Management Conference (currently scheduled for March 14, 2008 at 2:00 PM) and all other related deadlines so that the Commission may consider a proposed settlement offer that would resolve the matter;

IT IS HEREBY ORDERED:

(1) that the Initial Case Management Conference and all related deadlines is adjourned for 45-days, and

(2) that the parties will report to the Court regarding their progress prior on or before April 14, 2008

SO ORDERED:

_____
SUSAN ILLSTON
United States District Judge

C-07-06178 SI