1  Robert W. Pommer III (Trial Counsel) (DC Bar No. 448803)
   (Pommerr@sec.gov)
2  Cheryl J. Scarboro
   Charles J. Felker
3  James Lee Buck, II
   Ricky Sachar
4
   Attorneys for Plaintiff
5  SECURITIES AND EXCHANGE COMMISSION
   100 F Street, N.E.
6  Washington, DC 20549-4030
   Telephone:  (202) 551-4479
7  Facsimile:  (202) 772-9245

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>  Plaintiff,<br><br>  vs.<br><br>SIDNEY MONDSCHEIN,<br><br>  Defendant,<br><br>  and<br><br>UNCI, Inc.,<br><br>  Relief Defendant. | Case No.  C-07-06178 SI<br><br>**MOTION TO APPROVE CONSENT JUDGMENT** |

### MOTION TO APPROVE CONSENT JUDGMENT

Plaintiff Securities and Exchange Commission respectfully requests entry of the Final Judgment of Sidney Mondschein (Exhibit A) based upon the Consent of Sidney Mondschein (Exhibit B).  Upon the entry of the Final Judgment of Sidney Mondschein, the Plaintiff requests entry of the proposed Order (Exhibit C), voluntarily dismissing the Plaintiff's claims against relief defendant UNCI, Inc. with prejudice.

MOTION C-07-06178 SI

Dated: April 9, 2008

Respectfully submitted:

By:  s/ Robert W. Pommer
    Robert W. Pommer III
    Cheryl J. Scarboro
    Charles J. Felker
    James Lee Buck, II
    Ricky Sachar

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION

## CERTIFICATE OF SERVICE

This is to certify that on April 9, 2008, I served via Federal Express copies of the Motion to Approve Consent Judgment, with Exhibits A through C, upon Jonathan Schwartz, 4640 Admiralty Way, 5th Floor, Marina del Ray, CA 90292; (310) 496-5770, nasdlaw@aol.com attorney for defendant Sidney Mondschein and relief defendant UNCI, Inc.

    /S/  Robert W. Pommer III