# EXHIBIT B

```
 1  Robert W. Pommer III (Trial Counsel) (DC Bar No. 448803)
 2  Cheryl J. Scarboro
    Charles J. Felker
 3  James Lee Buck, II
    Ricky Sachar
 4
    Attorneys for Plaintiff
 5  SECURITIES AND EXCHANGE COMMISSION
    100 F Street, N.E.
 6  Washington, DC 20549-4030
    Telephone: (202) 551-4479
 7  Facsimile: (202) 772-9245
 8
 9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                        SAN FRANCISCO DIVISION
12
13
14  SECURITIES AND EXCHANGE COMMISSION,      Case No. C-07-06178 SI
15        Plaintiff,
16        vs.                                 CONSENT
17  SIDNEY MONDSCHEIN,
18        Defendant,
19        and
20  UNCI, Inc.,
21        Relief Defendant.
22
```

**CONSENT OF DEFENDANT SIDNEY MONDSCHEIN**

1. Defendant Mondschein ("Defendant") acknowledges having been served with the complaint in this action, enters a general appearance, and admits the Court's jurisdiction over Defendant and over the subject matter of this action.

2. Without admitting or denying the allegations of the complaint (except as to personal and subject matter jurisdiction, which Defendant admits), Defendant hereby consents to the entry of

the final Judgment in the form attached hereto (the "Final Judgment") and incorporated by reference herein, which, among other things:

    (a) permanently restrains and enjoins Defendant from violating Section 10(b) of the Securities Exchange Act of 1934 (the "Exchange Act") [15 U.S.C. § 78j(b)] and Rule 10b-5 promulgated thereunder [17 C.F.R. § 240.10b-5], and from aiding and abetting any violations of Rules 4(a), 5(a), and 10(a)(1) of Regulation S-P promulgated under the Exchange Act [17 C.F.R. § 248.4(a), 248.5(a), and 248.10(a)(1)]

    (b) orders Defendant to pay disgorgement in the amount of $53,067.83, plus prejudgment interest thereon in the amount of $4,681.68; and

    (c) orders Defendant to pay a civil penalty in the amount of $45,000, pursuant to Section 21(d)(3) of the Securities Exchange Act of 1934 [15 U.S.C. §78u(d)(3)].

3. Defendant agrees that he shall not seek or accept, directly or indirectly, reimbursement or indemnification from any source, including but not limited to payment made pursuant to any insurance policy, with regard to any civil penalty amounts that Defendant pays pursuant to the Final Judgment, regardless of whether such penalty amounts or any part thereof are added to a distribution fund or otherwise used for the benefit of investors. Defendant further agrees that he shall not claim, assert, or apply for a tax deduction or tax credit with regard to any federal, state, or local tax for any penalty amounts that Defendant pays pursuant to the Final Judgment, regardless of whether such penalty amounts or any part thereof are added to a distribution fund or otherwise used for the benefit of investors.

4. Defendant waives the entry of findings of fact and conclusions of law pursuant to Rule 52 of the Federal Rules of Civil Procedure.

5. Defendant waives the right, if any, to a jury trial and to appeal from the entry of the Final Judgment.

6. Defendant enters into this Consent voluntarily and represents that no threats, offers, promises, or inducements of any kind have been made by the Commission or any member, officer, employee, agent, or representative of the Commission to induce Defendant to enter into this Consent.

7. Defendant agrees that this Consent shall be incorporated into the Final Judgment with the same force and effect as if fully set forth therein.

8. Defendant will not oppose the enforcement of the Final Judgment on the ground, if any exists, that it fails to comply with Rule 65(d) of the Federal Rules of Civil Procedure, and hereby waives any objection based thereon.

9. Defendant waives service of the Final Judgment and agrees that entry of the Final Judgment by the Court and filing with the Clerk of the Court will constitute notice to Defendant of its terms and conditions. Defendant further agrees to provide counsel for the Commission, within thirty days after the Final Judgment is filed with the Clerk of the Court, with an affidavit or declaration stating that Defendant has received and read a copy of the Final Judgment.

10. Consistent with 17 C.F.R. § 202.5(f), this Consent resolves only the claims asserted against Defendant in this civil proceeding. Defendant acknowledges that no promise or representation has been made by the Commission or any member, officer, employee, agent, or representative of the Commission with regard to any criminal liability that may have arisen or may arise from the facts underlying this action or immunity from any such criminal liability. Defendant waives any claim of Double Jeopardy based upon the settlement of this proceeding, including the imposition of any remedy or civil penalty herein. Defendant further acknowledges that the Court's entry of a permanent injunction may have collateral consequences under federal or state law and the rules and regulations of self-regulatory organizations, licensing boards, and other regulatory organizations. Such collateral consequences include, but are not limited to, a statutory disqualification with respect to membership or participation in, or association with a member of, a self-regulatory organization. This statutory disqualification has consequences that are separate from any sanction imposed in an administrative proceeding. In addition, in any disciplinary proceeding before the Commission based on the entry of the injunction in this action, Defendant understands that he shall not be permitted to contest the factual allegations of the complaint in this action.

11. Defendant understands and agrees to comply with the Commission's policy "not to permit a defendant or respondent to consent to a judgment or order that imposes a sanction while denying the allegation in the complaint or order for proceedings." 17 C.F.R. § 202.5. In compliance

1  with this policy, Defendant agrees: (i) not to take any action or to make or permit to be made any
2  public statement denying, directly or indirectly, any allegation in the complaint or creating the
3  impression that the complaint is without factual basis; and (ii) that upon the filing of this Consent,
4  Defendant hereby withdraws any papers filed in this action to the extent that they deny any allegation
5  in the complaint. If Defendant breaches this agreement, the Commission may petition the Court to
6  vacate the Final Judgment and restore this action to its active docket. Nothing in this paragraph
7  affects Defendant's: (i) testimonial obligations; or (ii) right to take legal or factual positions in
8  litigation or other legal proceedings in which the Commission is not a party.

9      12.    Defendant hereby waives any rights under the Equal Access to Justice Act, the Small
10  Business Regulatory Enforcement Fairness Act of 1996, or any other provision of law to seek from
11  the United States, or any agency, or any official of the United States acting in his or her official
12  capacity, directly or indirectly, reimbursement of attorney's fees or other fees, expenses, or costs
13  expended by Defendant to defend against this action. For these purposes, Defendant agrees that
14  Defendant is not the prevailing party in this action since the parties have reached a good faith
15  settlement.

16      13.    Defendant agrees that the Commission may present the Final Judgment to the Court
17  for signature and entry without further notice.

18      14.    Defendant agrees that this Court shall retain jurisdiction over this matter for the
19  purpose of enforcing the terms of the Final Judgment.

Dated: 3/25/08

_____
Sidney Mondschein

On MAR 25th, 2008, SIDNEY MONDSCHEIN ~~a person known to me,~~ personally appeared before me and acknowledged executing the foregoing Consent.

SEE ATTACHED ACKNOWLEDGEMENT CERTIFICATE
Notary Public
Commission expires: JAN. 06, 2011

1  Approved as to form:
2
3  _____
   Jonathan Schwartz, Esq.
4  4640 Admiralty Way, Fifth Floor
   Marina del Ray, CA 90292
5  (310) 496-5770
   Attorney for Defendant
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# CALIFORNIA ALL-PURPOSE
# CERTIFICATE OF ACKNOWLEDGMENT

State of California

County of  CONTRA COSTA

On MAR. 25th, 2008 before me, SYED RAHMAN, NOTARY PUBLIC,
(Here insert name and title of the officer)

personally appeared  SIDNEY MONDSCHEIN,

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_____
Signature of Notary Public

SYED RAHMAN
Commission # 1714690
Notary Public - California
Contra Costa County
My Comm. Expires Jan 6, 2011

(Notary Seal)

---

## ADDITIONAL OPTIONAL INFORMATION

**DESCRIPTION OF THE ATTACHED DOCUMENT**

CONSENT OF DEFENDANT SIDNEY MONDSCHEIN
(Title or description of attached document)

CASE NO. C-07-06178 SI
(Title or description of attached document continued)

Number of Pages  5   Document Date 3/25/08

_____
(Additional information)

**CAPACITY CLAIMED BY THE SIGNER**
☐ Individual (s)
☐ Corporate Officer
_____
(Title)
☐ Partner(s)
☐ Attorney-in-Fact
☐ Trustee(s)
☐ Other _____

### INSTRUCTIONS FOR COMPLETING THIS FORM
*Any acknowledgment completed in California must contain verbiage exactly as appears above in the notary section or a separate acknowledgment form must be properly completed and attached to that document. The only exception is if a document is to be recorded outside of California. In such instances, any alternative acknowledgment verbiage as may be printed on such a document so long as the verbiage does not require the notary to do something that is illegal for a notary in California (i.e. certifying the authorized capacity of the signer). Please check the document carefully for proper notarial wording and attach this form if required.*

- State and County information must be the State and County where the document signer(s) personally appeared before the notary public for acknowledgment.
- Date of notarization must be the date that the signer(s) personally appeared which must also be the same date the acknowledgment is completed.
- The notary public must print his or her name as it appears within his or her commission followed by a comma and then your title (notary public).
- Print the name(s) of document signer(s) who personally appear at the time of notarization.
- Indicate the correct singular or plural forms by crossing off incorrect forms (i.e. he/she/they, is /are ) or circling the correct forms. Failure to correctly indicate this information may lead to rejection of document recording.
- The notary seal impression must be clear and photographically reproducible. Impression must not cover text or lines. If seal impression smudges, re-seal if a sufficient area permits, otherwise complete a different acknowledgment form.
- Signature of the notary public must match the signature on file with the office of the county clerk.
  ❖ Additional information is not required but could help to ensure this acknowledgment is not misused or attached to a different document.
  ❖ Indicate title or type of attached document, number of pages and date.
  ❖ Indicate the capacity claimed by the signer. If the claimed capacity is a corporate officer, indicate the title (i.e. CEO, CFO, Secretary).
- Securely attach this document to the signed document