# EXHIBIT C

1
2               UNITED STATES DISTRICT COURT
3               NORTHERN DISTRICT OF CALIFORNIA
4                    SAN FRANCISCO DIVISION
5

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No.  C-07-06178 SI |
| Plaintiff, | |
| vs. | |
| SIDNEY MONDSCHEIN, | |
| Defendant, | |
| and | |
| UNCI, Inc., | |
| Relief Defendant. | |

### [PROPOSED] ORDER

WHEREAS, the Plaintiff Securities and Exchange Commission and Defendant Sidney Mondschein have reached a settlement that would resolve this action;

WHEREAS, Defendant has singed a consent to the entry of Final Judgment, which has been submitted to the Court for signature and entry;

WHEREAS, the Final Judgment of Sidney Mondschein has been entered;

IT IS HEREBY ORDERED:

    (1)    that plaintiff's claims against relief defendant UNCI, Inc. are dismissed with prejudice.

SO ORDERED:

_____
SUSAN ILLSTON
United States District Judge

C-07-06178 SI