# EXHIBIT C

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>  vs.<br><br>SIDNEY MONDSCHEIN,<br><br>    Defendant,<br><br>  and<br><br>UNCI, Inc.,<br><br>    Relief Defendant. | Case No. C-07-06178 SI |

### [PROPOSED] ORDER

WHEREAS, the Plaintiff Securities and Exchange Commission and Defendant Sidney Mondschein have reached a settlement that would resolve this action;

WHEREAS, Defendant has singed a consent to the entry of Final Judgment, which has been submitted to the Court for signature and entry;

WHEREAS, the Final Judgment of Sidney Mondschein has been entered;

IT IS HEREBY ORDERED:

    (1)    that plaintiff's claims against relief defendant UNCI, Inc. are dismissed with prejudice.

SO ORDERED:

_/s/ Susan Illston_____
SUSAN ILLSTON
United States District Judge

C-07-06178 SI